UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61432-RAR

THOMAS ERVAY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

TRIBAL NUTRITION LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their undersigned counsel, hereby give notice that they have reached a settlement with respect to Plaintiff's claim.

Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: July 23, 2021

Respectfully Submitted,

| /s/ Ignacio J Hiraldo | /s/ Joanne M. O'Connor |
|---|---|
| Ignacio J. Hiraldo, Esq. | Joanne M. O'Connor |
| Fl. Bar No. 56031 | Fl. Bar No: 498807 |
| IJH Law | Jones Foster P.A. |
| 1200 Brickell Ave. Ste. 1950 | 505 South Flagler Drive, Suite 1100 |
| Miami, FL 33131 | West Palm Beach, FL 33401 |
| 786-496-4469 | 561-659-3000; 561-650-5300 (fax) |
| ijhiraldo@ijhlaw.com | joconnor@jonesfoster.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |