UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-CV-61432-RAR

**THOMAS ERVAY,**
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

**TRIBAL NUTRITION LLC,**

        Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Thomas Ervay, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.

All claims of Plaintiff, individually, are hereby dismissed with prejudice. All claims of the putative class members are hereby dismissed without prejudice.

Dated: August 15, 2021

Respectfully Submitted,

| |
|---|
| */s/ Ignacio J Hiraldo* <br> Ignacio J. Hiraldo, Esq. <br> FL Bar No. 56031 <br> Washington D.C. Bar No. 485610 <br> IJH Law <br> 1200 Brickell Ave. Ste. 1950 <br> Miami, FL 33131 <br> t. 786.496.4469 <br> e. ijhiraldo@ijhlaw.com <br><br> *Counsel for Plaintiff* |