**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-61432-RAR**

**THOMAS ERVAY,** *on behalf of himself*
*and all others similarly situated,*

      Plaintiff,

v.

**TRIBAL NUTRITION LLC,**

      Defendant.
_____/

**ORDER OF DISMISSAL**

      **THIS CAUSE** comes before the Court upon the parties' Notice of Voluntary Dismissal [ECF No. 10] ("Notice"). The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

      **ORDERED AND ADJUDGED** that all of Plaintiff's individual claims are **DISMISSED** *with prejudice* and all claims of the putative class members are **DISMISSED** *without prejudice*.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of August, 2021.

                                                          _____
                                                            **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record